IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2407-AP**

**In re: KIMBERLY MICHELLE MAYHEW**

**DOUGLAS ANDREW MAYHEW,**

       Appellant,

v.

**KIMBERLY MICHELLE MAYHEW,**

       Appellee.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     The Motion to Correct District Court's Docketed Entry (doc. #7), filed November 14, 2008 is **DENIED**. The court will not alter docketing records, however, the Motion for Extension of Time is considered timely. The Verified Motion for Extension of Time to File Designation of the Record and Statement of Issues on Appeal (doc. #6), filed November 14, 2008, is **GRANTED** up to and including November 17, 2008.

---

Dated: November 17, 2008