IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-2407-AP**

**In re: KIMBERLY MICHELLE MAYHEW**

**DOUGLAS ANDREW MAYHEW,**

      Appellant,

v.

**KIMBERLY MICHELLE MAYHEW,**

      Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion for Order Directing Appellant Douglas Andrew Mayhew to Clarify his Designation of Record (doc. #10), filed November 24, 2008, is GRANTED.  Appellant has 10 days, up to and including December 8, 2008, to make the clarifications as specified in appellee's motion.  Appellee shall have 10 days from the date of the clarification, up to and including December 18, 2008, to supplement the record on appeal.

Dated:  November 26, 2008